# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS

No. 12-411V

Filed: June 12, 2013

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ERICA HILL, Natural Mother,        \*
and Guardian for        \*
E.J., a minor,        \*

       \*

       \*

         Petitioner,        \*

       \*

v.        \*

       \*

SECRETARY OF HEALTH        \*
AND HUMAN SERVICES,        \*

       \*

         Respondent.        \*

       \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOT TO BE PUBLISHED

**Special Master Zane**

Stipulation; attorneys' fees and costs

*Carol L. Gallagher,* Carol L. Gallagher, Linwood, NJ*, for Petitioner
*Darryl R. Wishard*, United States Dep't of Justice, Washington, DC, for Respondent

## UNPUBLISHED DECISION ON ATTORNEYS' FEES AND COSTS[1]

On June 12, 2013, the parties in the above-captioned case filed a Stipulation of Facts Regarding Attorneys' Fees and Costs ("Stipulation") memorializing their agreement as to the appropriate amount of attorneys' fees and costs in this case. Petitioner requests a total award of

---

[1] Because this decision contains a reasoned explanation for the Special Master's action in this case, the Special Master intends to post it on the website of the United States Court of Federal Claims, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, 113 Stat. 2899, 2913 (Dec. 17, 2002). All decisions of the Special Master will be made available to the public unless they contain trade secret or commercial or financial information that is privileged and confidential, or medical or similar information whose disclosure would clearly be an unwarranted invasion of privacy. When such a decision or designated substantive order is filed, a party has 14 days to identify and to move to redact such information before the document's disclosure. Absent a timely motion to redact, the decision will be made available to the public in its entirety. If the Special Master, upon review of a timely-filed motion, agrees that the identified material fits within the categories listed above, the Special Master shall redact such material from the decision made available to the public. 42 U.S.C. § 300aa-12(d)(4); Vaccine Rule 18(b).

the sum of $26,000.00 for attorneys' fees and costs, and the sum of $2,850.00 for Petitioner's personal costs, to which Respondent does not object. In accordance with 42 U.S.C. § 300aa-15(e), the undersigned awards the amount to which Respondent does not object.

Petitioner, Erica Hill, on behalf of E.J., alleged that E.J. suffered from jaw pain, bilateral Bell's palsy, joint stiffness, myalgia, sensory neuropathy, retinal vasculitis, and hypertension that were caused-in-fact by the meningococcal vaccine on June 18, 2010, and which vaccine is contained in the Vaccine Injury Table, 42 C.F.R § 100.3(a). Petitioner, on behalf of E.J., also alleged residual effects of this injury for more than six months and that E.J. has not otherwise received compensation for such injuries. A decision awarding compensation based upon the parties' stipulation was entered on May 9, 2013.

Although Respondent did not concede the claim, the parties, nonetheless, settled the matter, and an award of compensation was made. Because Petitioner had been awarded compensation, Petitioner is entitled to an award of reasonable attorneys' fees and costs. 42 U.S.C. § 300aa-15(e). The undersigned also finds that the stipulated award of $26,000.00 for attorneys' fees and attorneys' costs and the stipulated award of $2,850.00 for Petitioner's personal costs are reasonable based on the stage at which this matter was settled. Based on the request's reasonableness and pursuant to Vaccine Rule 13, the undersigned **GRANTS** the parties' request as outlined in the Stipulation. The judgment shall reflect that Petitioner is awarded attorneys' fees and costs as follows:

> **in a check made payable jointly to Petitioner (Erica Hill, Natural Mother, and Guardian for E.J., a minor) and Petitioner's counsel (Carol L. Gallagher of the law firm Carol L. Gallagher), the amount of $26,000.00, pursuant to 42 U.S.C. § 300aa-15(e);**

> **in a check made payable to Petitioner (Erica Hill, Natural Mother, and Guardian for E.J., a minor), the amount of $2,850.00, pursuant to 42 U.S.C. § 300aa-15(e);**

The court thanks the parties for their cooperative efforts in resolving this matter. In the absence of a motion for review filed pursuant to RCFC, Appendix B, the Clerk is directed to enter judgment accordingly.[2]

**IT IS SO ORDERED.**

s/ Daria Zane
Daria J. Zane
Special Master

---

[2] Pursuant to Vaccine Rule 11(a), the parties can expedite entry of judgment by each party filing a notice renouncing the right to seek review by a United States Court of Federal Claims judge.